■ (A) CHARLES G. FIEDLER, as Guardian ad Litem of MITCHELL R. FIEDLER and another, Infants, Appellant, v. GEORGE L. FIEDLER, JR., et al., Respondents. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. (B) ANNE SPOTO, Respondent, v. MICHAEL G. SPOTO, Appellant, et al., Defendant. (C) SELMA ROSENBERG, Appellant, v. HARRY ROSENBERG, Respondent. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur. — [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.

■ In the Matter of the Accounting of CARL R. OLSON, as Executor of FRED W. OTTE, Deceased, Respondent. SALVATORE T. GAMBINO, as Committee of the Person and Property of BESSIE W. OTTE, an Incompetent Person, Appellant; ELLA SCHNEIDER et al., Respondents.— Motion by executor-respondent for resettlement of order, or for reargument of appeal, and for other relief, denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ SHIRLEY DEGEN, Respondent, v. SIDNEY DEGEN, Appellant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Motion by appellant to amend the order of this court on the appeal, granted. The court's decision rendered March 26, 1962, is amended by adding the following subdivision three after subdivision two in the third paragraph: "and (3) by amending the first decretal paragraph so as to insert the words 'if any' after the word 'amount.'" An amended order will be entered accordingly. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ IRVING L. GALE, Respondent, v. JANCO TAXI, INC., et al., Defendants, and JOHN HOLONITCH, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 12, 1962, requiring him to perfect the appeal on May 4, 1962. The stay heretofore granted is vacated. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ HILLTOP VILLAGE COOPERATIVE No. 4, INC., Appellant, v. SIDNEY KESSLER et al., Individually and as Copartners Doing Business as KESSLER-WOHL ASSOCIATES, et al., Defendants and Third-Party Plaintiffs-Respondents. H & M CONCRETE CORP. et al., Third-Party Defendants.— Motion by appellant for reargument denied. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ ALLAN POSTIL, an Infant, by PETER POSTIL, His Guardian ad Litem, Appellant, et al., Plaintiff, v. COCA COLA BOTTLING COMPANY OF NEW YORK, INC., Respondent, et al., Defendants.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.